IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01726

WHITEWAVE FOODS COMPANY,
a Delaware Corporation and
HORIZON ORGANIC DAIRY, LLC, a
Delaware Limited Liability Company,

        Plaintiffs,

v.

LARRY HANSEN, an individual and
COOPERATIVE REGIONS OF ORGANIC
PRODUCER POOLS, d/b/a Organic Valley,
a Wisconsin Cooperative,

        Defendants.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AGAINST DEFENDANTS**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated

between Plaintiffs, WhiteWave Foods Company and Horizon Organic Dairy, LLC, and

Defendants, Larry Hansen and Cooperative Regions of Organic Producer Pools, that the

Complaint and claims asserted by Plaintiffs against Defendants in the above-captioned matter are

dismissed with prejudice, without further notice and without costs or attorneys' fees awarded to

any Party.

Dated:  August 23, 2012

Respectfully submitted,

s/  Craig R. May
Craig R. May
Kelly A. Laudenslager
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647

*Attorneys for Plaintiffs*
*WhiteWave Foods Company*
*and Horizon Organic Dairy, LLC*


s/  Shelby A. Felton
David R. DeMuro
Shelby A. Felton
Vaughan & DeMuro
3900 E. Mexico Ave., Suite 620
Denver, Colorado 80210

*Attorney for Defendant Larry Hansen*

s/  Kathy L. Nusslock
Cathy Havener Greer
William T. O'Connell, III
Wells Anderson & Race LLC
1700 Broadway, Ste. 1020
Denver, CO 80290

Kathy L. Nusslock
Davis & Kuelthau, S.C.
111 E. Kilbourn Ave., Suite 1440
Milwaukee, Wisconsin 53202

*Attorneys for Defendant Cooperative Regions*
*of Organic Producer Pools*

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on August 23, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Cathy Havener Greer**
  cgreer@warllc.com,bmccall@warllc.com,ssykes@warllc.com,hjohnson@warllc.com

- **Kelly Anne Laudenslager**
  laudenslager@wtotrial.com,lorubbio@wtotrial.com

- **Craig Ruvel May**
  may@wtotrial.com,ramirez@wtotrial.com,prechodko@wtotrial.com

- **William Thomas O'Connell , III**
  woconnell@warllc.com,bmccall@warllc.com,ssykes@warllc.com,hjohnson@warllc.com

- **Kathy L. Nusslock**
  knusslock@dkattorneys.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants:

David W. Jacobson, Esq.
Mills Jacobson Halliday, PC
715 Commercial Street N.E.
Salem, OR 97301
Facsimile:  503-588-0948
E-mail:  dj@mjhlapc.com

*Attorney for Defendant Larry Hansen*

/s/ *Craig R. May*
Craig R. May